## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BUCKHORN INC., *et al.*, | : | Case No. 3:08-cv-459 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| v. | : | |
| | : | |
| ORBIS CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER DENYING PLAINTIFFS' MOTION TO MODIFY DESIGNATIONS OF DEFENDANTS' DISCOVERY (Doc. 108)

This civil action is before the Court on Plaintiffs' motion to modify designations of Defendants' discovery[1] (Doc. 108) and the parties' responsive memoranda (Docs. 122, 135, 202, 203).

Plaintiffs fail to advance any legitimate reason for this Court to disclose Defendant's financial information.  Moreover, Plaintiffs repeatedly explain that the crux of what they seek is the identity of the real party in interest.  Not only has this information been provided to Plaintiffs, but all requisite parties have committed to participate in settlement discussions.  Plaintiffs' corporate designee is fully aware of the entities involved in the pending lawsuit and will be negotiating with them directly.  The Court finds that the additional information Plaintiffs request is inapposite to settlement negotiations.

Accordingly, Plaintiffs' motion to modify designations (Doc. 108) is **DENIED**.

---

[1]     Specifically, Plaintiffs request de-designation of the Restricted Confidential Information in the 2006 Stock Purchase Agreement between ORBIS Corporation and LINPAC.

**IT IS SO ORDERED.**

Date: ___9|16|11___                          Timothy S. Black
United States District Judge