# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BUCKHORN INC., *et al.*,

    Plaintiffs,

vs.

ORBIS CORPORATION.,

    Defendant.

Case No. 3:08-cv-459

Judge Timothy S. Black

## ORDER DENYING PLAINTIFFS' MOTION TO STAY (Doc. 237)

This case comes before the Court on Plaintiffs' Motion for Stay of Proceedings (Doc. 237). Defendant's response is not yet due, but Plaintiffs disclose that Defendant opposes the Motion.

While the Court clearly has the power and discretion to stay proceedings to manage its docket efficiently,[1] the Court likewise has the discretion to decline to stay proceedings. This case is old (long-pending) and contentious. The calendar order establishing the dispositive motions deadline was docketed on August 15, 2011, half-a-year ago. The parties knew that February 2012 would be crunch time on dispositive motion briefing and the Court will be assisted, not burdened, by briefing on all pending motions.

Accordingly, Plaintiffs' Motion for Stay of Proceedings (Doc. 237) is **DENIED**.

**IT IS SO ORDERED.**

Date: 2/3/12

Timothy S. Black
United States District Judge

---

[1] *See In re Airline Pilots Assn. v. Miller*, 523 U.S. 866, 880 (1998).