# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**BUCKHORN, INC.,** *et al.***,**

   Plaintiffs,

          **CASE NO.    3:08-CV-459**

**-vs-**

          **Judge Timothy S. Black**

**ORBIS CORPORATION,**

   Defendant.

## JUDGMENT IN A CIVIL CASE

   **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

   **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (Doc. 228) is **GRANTED**; and that the case is **CLOSED**.

Date:  February 21, 2012                     **JAMES BONINI, CLERK**

                                                          By: s/ M. Rogers
                                                          Deputy Clerk